# KHAVINSON & MANDRONICO, P.C.

45 Broadway, Suite 720
New York, NY 10006
Telephone: 212.785.5000
Facsimile: 347.983.6992
www.khavinsonlawfirm.com

**Eugene A. Khavinson***
**Timothy R. Mandronico**
**Joshua Versoza**
**Alex Kheyman**
**Zubair Tahir**
**Tatiana Aristova****

*Also Admitted in PA
** Admitted in PA and NJ

**Pennsylvania Office**
**5 Neshaminy Interplex, Suite 205**
**Feasterville, PA 19053**

**T: 215.355.9095**
**F: 215.355.9109**


August 25, 2026

Via ECF
**Magistrate Judge James R. Cho**
United States District Court
Eastern District of New York

RE: Qaasid Bajwa v. Virgin Atlantic Airways Limited et al

Docket No.: 1:26-cv-02141

Dear Magistrate Judge Cho,

This letter is jointly submitted to advise that the parties are not interested in a settlement conference or referral to the mediation program at this time. The parties may likely be interested same after completion of discovery, if the parties may advise the Court at that time.

Thank you for Your Honor's courtesies.

Very truly yours,

*Joshua Versoza*
Joshua Versoza, Esq.